## First Return Receipt

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X Tford — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): Tford
- C. Date of Delivery: 7/23/08
- D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   THE UNITED STATES OF AMERICA
   C/O UNITED STATES ATTORNEY
   86 CHAMBERS STREET, 3rd FLOOR
   NEW YORK, NY 10007

3. Service Type:
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 2936 0727

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Second Return Receipt

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X Garnett L. Parker — ☐ Agent ☐ Addressee
- B. Received by (Printed Name): JUL 2 8 2008
- C. Date of Delivery:
- D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No

1. Article Addressed to:

   THE UNITED STATES OF AMERICA
   C/O ATTORNEY GENERAL
   10th ST. & PENNSYLVANIA AVE, N.W.
   WASHINGTON, D.C. 20530

3. Service Type:
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label):

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540