UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARESA WRIGHT and GREGORY WRIGHT,

        Plaintiffs,

  -against-

THE UNITED STATES OF AMERICA and THE CHEROKEE 8A GROUP, INC.,

        Defendants.

Civil Action No.:
08 CV 6025 (WC)

Rule 7.1 Statement
August 22, 2008

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant THE CHEROKEE 8A GROUP, INC., certifies the following:

THE CHEROKEE 8A GROUP, INC., is a domestic corporation existing under the laws of New Jersey, it has no corporate parent or and there is no publicly held corporation owning more than 10% of an ownership interest in THE CHEROKEE 8A GROUP, INC.,

Dated: White Plains, New York
      August 22, 2008

                        Yours, etc.

                        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                        By: *Edward O'Gorman* (signature)
                            Edward J. O'Gorman (EJOG 2042)
                            Attorneys for the Defendant
                            THE CHEROKEE 8A GROUP, INC.,
                            3 Gannett Drive
                            White Plains, New York 10604
                            Tel: (914) 323-7000
                            Fax: (914) 323-7001
                            Edward.ogorman@wilsonelser.com
                              File No.: 10057.00187

2093585.1